UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
JIRI PIK, :
:
                    Plaintiff, :
: 08 Civ. 10659 (GEL)
  -against- :
: **ORDER**
JERRY CHAN, JP MORGAN et al., :
:
                  Defendants. :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On March 12, 2009, defendants filed a motion to dismiss for failure to state a claim or, in the alternative, on the grounds of *forum non conveniens*. Under Rules 6 of the Federal Rules of Civil Procedure and 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, a response was due from plaintiff on March 30, 2009. Plaintiff has neither responded nor requested more time to respond. It is unclear whether plaintiff opposes the motion or desires to proceed with the lawsuit.

      Plaintiff is directed to advise the Court in writing by May 15, 2009, whether he intends to continue this litigation, and if so, whether he intends to respond to the motion. If plaintiff advises the Court that he wishes to continue the litigation, but waives a response to the motion, the Court will decide the motion based on the record as it exists. If plaintiff wishes to respond to the motion, he may either file a response by May 15, 2009, or seek an extension of time for his response. If plaintiff does not respond to this order, the case will be dismissed for failure to prosecute.

SO ORDERED.

Dated: New York, New York
       April 30, 2009

                                                              _____
                                                                GERARD E. LYNCH
                                                           United States District Judge

Copy to:

Jiri Pik
145-157 St. John Street, 2nd Floor
EC 1 V 4PY
London, United Kingdom