UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JIRI PIK,

                    Plaintiff,

    -against-

JERRY CHAN, JP MORGAN et al.,

                    Defendants.

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09

08 Civ. 10659 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      Defendants moved to dismiss the complaint on March 12, 2009. Due to unusual circumstances, plaintiff ultimately was granted a lengthy extension to August 21, 2009, to respond to the motion. By letter dated August 13, plaintiff seeks an additional one month extension. The request will be granted and plaintiff's time to respond to the motion to dismiss extended until September 21. There will, however, be no further extensions. As plaintiff was previously told, this is his litigation and, if he wishes to pursue it, he must make time in his life for it, notwithstanding whatever other business he may need to attend to.

      Accordingly, it is hereby ordered that plaintiff's time to respond to defendants' motion to dismiss is extended to September 21, 2009. Defendants' reply, if any, shall be filed by October 5, 2009. If plaintiff has not responded by September 21, 2009, the Court will proceed to decide the motion on the basis of the record as it currently exists. Finally, as it appears that plaintiff failed to provide defense counsel with a copy of his August 13, 2009, letter requesting this extension, the Clerk of the Court is respectfully directed to docket the attached letter. Plaintiff is once again reminded that ex parte communications with the Court are not allowed, and all communications need to be in writing and copied to counsel for his adversaries.

SO ORDERED.

Dated: New York, New York
         August 14, 2009

                                                                   _____
                                                                     GERARD E. LYNCH
                                                                United States District Judge

Copy to:

Jiri Pik
145-157 St. John Street, 2nd Floor
EC 1 V 4PY
London, United Kingdom